# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**WILLIAM J. BRYANT, II,**

    Plaintiff,

vs.                                          Case No. 4:11cv568-RH/WCS

**ST. MARY'S HOSPITAL,**
**LAWN WOOD HOSPITAL, et al.,**

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, filed a civil rights complaint, doc. 1, and a motion for leave to proceed *in forma pauperis*, doc. 2. Ruling on the *in forma pauperis* motion was deferred, and Plaintiff directed to file an amended complaint clarifying the listing of Defendants and their locations such that the Court could determine whether this case properly could proceed in the Northern District of Florida, or whether it should be transferred. Doc. 5. Plaintiff was also directed to clarify his address, income, property and other information relevant to determining his eligibility for *in forma pauperis* status. *Id.* Plaintiff was to have filed the amended financial information and amended complaint by December 12, 2011. As of this date, Plaintiff has not complied.

The prior order advised Plaintiff that his failure to comply might result in a recommendation of dismissal of this case.  Doc. 5, p. 3.  Having been forewarned and having failed to comply with a clear and direct court order, this case should now be dismissed without prejudice.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** for Plaintiff's failure to comply with a court order and failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on December 21, 2011.

 S/      William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**